```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY MONTE DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:08-cr-00101 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| LARRY MONTE DAVIS, | ) Date: June 19, 2008 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant LARRY MONTE DAVIS, that the Status Conference hearing date of June 12, 2008, is vacated and a new Status Conference hearing date of June 19, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because defense counsel has just substituted in and needs additional time to review the discovery and to meet with her client.

It is further stipulated that the period from June 12, 2008, through and including June 19, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 |                              Respectfully submitted,

3 | Dated:  June 10, 2008
                                    DANIEL J. BRODERICK
4 |                                 Federal Defender

5 |

6 |                                 __/s/ Mary M. French_____
                                    MARY M. FRENCH
7 |                                 Supervising Assistant
                                    Federal Defender
8 |                                 Attorney for Defendant
                                    LARRY MONTE DAVIS
9 |

10 | Dated:  June 10, 2008          MCGREGOR W. SCOTT
                                    United States Attorney
11 |

12 |                                /s/  Mary M. French for
                                         William Wong
13 |                                _____
                                    WILLIAM WONG
14 |                                Assistant U.S. Attorney
                                    per telephonic authorization
15 |

16 |

17 | IT IS SO ORDERED.

18 |  Dated: June 11, 2008

19 |

20 |                                _____
21 |                                MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
22 |

23 |

24 |

25 |

26 |

27 |

28 |

                                    2