DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARRY MONTE DAVIS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-S-08-00101 MCE <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br><br> Date:  October 9, 2008 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of August 28, 2008, be vacated and a new Status Conference hearing date of October 9, 2008, at 9:00 a.m. be set.

This continuance is requested because the defense is in the process of obtaining mental health records and arranging for a mental health evaluation of the defendant; in addition, the defense is conducting interviews.

///

///

///

///

1  It is further stipulated between the parties that the period from August 28, 2008, through and
2  including October 9, 2008, should be
3  excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
4  and defense preparation.
5  Dated: August 27, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
LARRY MONTE DAVIS

Dated: August 27, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
      William S. Wong
_____
WILLIAM S. WONG
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                  2