1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LARRY DAVIS

|     |     |     |
| --- | --- | --- |
| IN THE UNITED STATES DISTRICT COURT | | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | | |

| | | |
| --- | --- | --- |
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-00101 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| LARRY MONTE DAVIS, | ) | Date: October 29, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of October 9, 2008, be vacated and a new Status Conference hearing date of October 29, 2008, at 9:00 a.m. be set.

This continuance is requested because the parties have reached a tentative agreement and need time to reduce it to writing.

It is further stipulated between the parties that the period from October 9, 2008, through and including October 29, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 7, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*

_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
LARRY MONTE DAVIS

Dated: October 7, 2008

MCGREGOR W. SCOTT
United States Attorney

*/s/ Mary M. French for*
     *William S. Wong*

_____
WILLIAM S. WONG
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                                    2