1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LARRY MONTE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00101-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| LARRY MONTE DAVIS, | ) | Date: November 13, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of October 29, 2008, be vacated and a new Status Conference hearing date of November 13, 2008, at 9:00 a.m. be set.

This continuance is requested because the parties have discussed a disposition and need time to reduce it to writing.

It is further stipulated between the parties that the period from October 29, 2008, through and including November 13, 2008, should be

///

///

///

excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 28, 2008

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Mary M. French*
                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            LARRY MONTE DAVIS

Dated: October 28, 2008                  MCGREGOR W. SCOTT
                                            United States Attorney

                                            */s/ Mary M. French for*
                                                 *William S. Wong*
                                            _____
                                            WILLIAM S. WONG
                                            Assistant U.S. Attorney
                                            per telephonic authorization

                                                 **ORDER**

**IT IS SO ORDERED.**

 Dated: October 28, 2008

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE