DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY MONTE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-00101 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| LARRY MONTE DAVIS, ) | Date: November 20, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of November 13, 2008, be vacated and a new Status Conference hearing date of November 20, 2008, at 9:00 a.m. be set.

This continuance is requested because the parties are working on a plea agreement, but need time to reduce it to writing.

It is further stipulated between the parties that the period from November 13, 2008, through and including November 20, 2008, should be

///

///

///

1. excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 12, 2008

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    */s/ Mary M. French*
    _____
    MARY M. FRENCH
    Supervising Assistant
    Federal Defender
    Attorney for Defendant
    LARRY MONTE DAVIS

Dated: November 12, 2008

    MCGREGOR W. SCOTT
    United States Attorney

    */s/ Mary M. French for*
        *William S. Wong*
    _____
    WILLIAM S. WONG
    Assistant U.S. Attorney
    per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: November 14, 2008

    _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE