1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LARRY MONTE DAVIS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )   No. CR-S-08-00101 MCE
                                     )
13            Plaintiff,             )
                                     )   STIPULATION AND ORDER
        v.                           )   CONTINUING STATUS CONFERENCE
14                                   )
    LARRY MONTE DAVIS,               )   Date:  December 18, 2008
15                                   )   Time:  9:00 a.m.
              Defendant.             )   Judge: Morrison C. England, Jr.
16                                   )
    _____  )
17

18       It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney,

19  attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant,

20  that the Status Conference hearing date of November 20, 2008, be vacated and a new Status Conference

21  hearing date of December 18, 2008, at 9:00 a.m. be set.

22       This continuance is requested because the parties are working on a plea agreement, but need time to

23  reduce it to writing.

24       It is further stipulated between the parties that the period from

25  November 20, 2008, through and including December 18, 2008, should be

26  ///

27  ///

28  ///

excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 19, 2008

    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
LARRY MONTE DAVIS

Dated: November 19, 2008

MCGREGOR W. SCOTT
United States Attorney

*/s/ Mary M. French for*
     *William S. Wong*
_____
WILLIAM S. WONG
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE