```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LARRY MONTE DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-00101 MCE |
| Plaintiff, ) ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| LARRY MONTE DAVIS, ) | Date:  March 5, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of February 19, 2009, be vacated and a new Status Conference hearing date of March 5, 2009, at 9:00 a.m. be set.

This continuance is requested because the parties need more time to finalize the plea agreement.

It is further stipulated between the parties that the period from February 19, 2009, through and including March 5, 2009, should be

///

1  excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
2  based upon continuity of counsel and defense preparation.
3  Dated: February 18, 2009

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ Mary M. French*
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          LARRY MONTE DAVIS


Dated: February 18, 2009                  LAWRENCE G. BROWN
                                          Acting United States Attorney

                                          */s/  Mary M. French for*
                                          *     William S. Wong*
                                          _____
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney
                                          per telephonic authorization

                          **ORDER**

**IT IS SO ORDERED.**

 Dated: February 20, 2009

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

Stip & Order                              2