1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY MONTE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-00101 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| LARRY MONTE DAVIS, | ) Date: March 26, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of March 5, 2009, be vacated and a new Status Conference hearing date of March 26, 2009, at 9:00 a.m. be set.

This continuance is requested because the parties need more time to finalize the plea agreement.

It is further stipulated between the parties that the period from March 5, 2009, through and including March 26, 2009, should be

///

excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 4, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
LARRY MONTE DAVIS

Dated: March 4, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for*
    *William S. Wong*
_____
WILLIAM S. WONG
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE